UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) CR 07- **07-01143** |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) [21 U.S.C. § 846: Conspiracy to Possess with Intent to Distribute and Distribute Cocaine Base; 21 U.S.C. § 843(b): Use of a Communication Facility in Committing a Felony Drug Offense] |
| CHARLES LEROY TWYMAN, aka "Lee," and DEBRA ANN JOHNSON, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A. OBJECTS OF THE CONSPIRACY

On or about March 17, 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendants CHARLES LEROY TWYMAN, also known as "Lee" ("TWYMAN") and DEBRA ANN JOHNSON ("JOHNSON"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally (a) possess with intent to distribute and (b)

distribute more than 5 grams of a mixture or substance containing cocaine base, in the form of crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

B. <u>MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED</u>

The objects of the conspiracy were to be accomplished in substance as follows:

1. Defendant TWYMAN would store cocaine base in defendant JOHNSON's house.

2. Defendant TWYMAN would sell cocaine base to drug customers.

3. Defendant TWYMAN would direct defendant JOHNSON to distribute the cocaine base stored at defendant JOHNSON's house to defendant TWYMAN's drug customers.

C. <u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants, and others known and unknown to the Grand Jury, committed various overt acts on or about March 17, 2006, within the Central District of California and elsewhere, including but not limited to the following:

1. In a telephone conversation and using coded language, a customer ordered cocaine base from defendant TWYMAN, and defendant TWYMAN told the customer to pick up the cocaine base at defendant JOHNSON's house.

2. In a telephone conversation and using coded language, defendant TWYMAN told defendant JOHNSON to look in the box where he had stored cocaine base at defendant JOHNSON's house, and told

defendant JOHNSON to take out two packages of cocaine base for defendant TWYMAN's customer.

3. In a telephone conversation and using coded language, defendant TWYMAN told defendant JOHNSON to charge the customer $240 for the cocaine base.

4. Defendant JOHNSON, at defendant TWYMAN's direction, distributed the two packages of cocaine base to the customer at defendant JOHNSON's house.

5. In a telephone conversation and using coded language, defendant TWYMAN told defendant JOHNSON to sell the same customer two more packages of cocaine base that defendant TWYMAN had stored at defendant JOHNSON's house.

COUNT TWO

[21 U.S.C. § 843(b)]

On or about March 17, 2006, in Los Angeles County, within the Central District of California, defendant CHARLES LEROY TWYMAN, also known as "Lee," knowingly and intentionally used a communication facility, namely, a telephone, in committing and causing and facilitating the commission of a felony drug offense, namely, conspiracy to possess with intent to distribute and distribute more than 5 grams of a mixture or substance containing cocaine base, in the form of crack cocaine, a schedule II controlled substance, a violation of 21 U.S.C. § 846.

COUNT THREE

[21 U.S.C. § 843(b)]

On or about March 17, 2006, in Los Angeles County, within the Central District of California, defendant DEBRA ANN JOHNSON knowingly and intentionally used a communication facility, namely, a telephone, in committing and causing and facilitating the commission of a felony drug offense, namely, conspiracy to possess with intent to distribute and distribute more than 5 grams of a mixture or substance containing cocaine base, in the form of crack cocaine, a schedule II controlled substance, a violation of 21 U.S.C. § 846.

A TRUE BILL

/s/
FOREPERSON

GEORGE S. CARDONA
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

BONNIE L. HOBBS
Assistant United States Attorney
Violent and Organized Crime Section